## TISON *v.* SAVANNAH, FLORIDA & WESTERN RAILWAY CO.

*Simmons, C. J.*—The judge of the superior court was fully warranted in disapproving the verdict rendered in the magistrate's court and in sustaining the *certiorari;* but as questions of fact

were involved, the case should be tried again in the latter court. Direction is accordingly given, that the judgment below be so modified as to order a new trial in the magistrate's court, and to tax the costs, other than those accruing upon the writ of error to this court, as provided in section 4070 of the code. The costs of the writ of error are chargeable to the defendant in error. *Judgment affirmed, with direction.*
November 15, 1895.

*Certiorari.* Before Judge Sweat. Wayne superior court. May term, 1895.

*W. N. Clark* and *J. W. Bennett,* for plaintiff. *Erwin, DuBignon & Chisholm* and *S. R. Harris,* for defendant.